UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOISES ECHEVARRIA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF BERGEN, et al.,<br><br>Defendants. | Civil Action No. 22-6024 (SDW-JBC)<br><br>MEMORANDUM OPINION |

**IT APPEARING THAT:**

1. On or about October 11, 2022, Plaintiff Moises Echevarria, a prisoner confined in the Bergen County Jail in Hackensack, New Jersey, filed this duplicate pro se civil rights complaint, identical to the complaint he filed several days earlier in Civil Action No. 22-5946 (SDW-JBC).[1]

2. Plaintiff did not pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915 with either of his duplicate complaints. This Court will dismiss this action as a duplicate, and it shall remain closed. Plaintiff shall file any further documents related to this matter, such as his IFP application, in Civil Action No. 22-5946 (SDW-JBC)

An appropriate Order follows.

DATE: October 25, 2022

Hon. Susan D. Wigenton,
United States District Judge

---

[1] Although the captions were docketed differently in these two actions because Plaintiff included County of Bergen as a defendant in the caption but not the body of the complaint, the complaints are identical.

1